No. 54789.—J. M. Rodgers Co. v. United States, protest 160773–K (New York).

Opinion by OLIVER, C. J.   When the case was called for hearing there was no appearance on behalf of plaintiff.   An examination of the official papers failing to disclose any reason for disturbing the action of the collector, which was presumptively correct, the protest was overruled.